1    JOSEPH SCHLESINGER, #87692
Acting Federal Defender
2    VICTOR M. CHAVEZ, #113752
Assistant Federal Defender
3    Designated Counsel for Service
2300 Tulare Street, Suite 330
4    Fresno, California  93721-2226
Telephone: (559) 487-5561
5

Attorney for Defendant
6    NICOLAS ZOQUITECATL

7

8                      IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11   UNITED STATES OF AMERICA, | ) | NO.  1:12-cr-00316  LJO-SKO-1 |
| 12            *Plaintiff,* | ) ) | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING;  ORDER |
| 13      v. | ) ) | |
| 14   NICOLAS ZOQUITECATL, | ) ) | DATE:     February 19, 2013 |
| 15            *Defendant.* | ) ) | TIME:     8:30 a.m. JUDGE:   Hon. Lawrence J. O'Neill |
| 16 | ) | |

17

18         The parties, through their respective counsel, Assistant United States Attorney, Laurel Montoya,

19 and Assistant Federal Defender, Victor M. Chavez, hereby stipulate that the present court date of February

20 4, 2013 may be moved to February 19, 2013.  The parties jointly seek this stipulation to permit the parties

21 to finalize some details of their plea agreement.  The government needs to confer with its case agent.  Mr.

22 Zoquitecatl is housed at Lerdo and the parties wish to avoid bringing him to court under these

23 circumstances.

24         The parties agree that the delay resulting from the continuance shall be excluded in the interests of

25 justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

26 / / /

27 / / /

28 / / /

1   3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the

2   best interests of the public and the defendant in a speedy trial.

3
                                                    BENJAMIN B. WAGNER
4                                                   United States Attorney

5
    DATED: January 30, 2013                    By:  /s/  *Laurel J. Montoya*
6                                                   LAUREL J. MONTOYA
                                                    Assistant United States Attorney
7                                                   Attorney for Plaintiff

8
                                                    JOSEPH SCHLESINGER
9                                                   Acting Federal Public Defender

10
    DATED: January 30, 2013                    By:  /s/  *Victor M. Chavez*
11                                                  VICTOR M. CHAVEZ
                                                    Assistant Federal Defender
12                                                  Attorneys for Defendant
                                                    NICOLAS ZOQUITECATL
13

14

15

16                              **O R D E R**

17
    IT IS SO ORDERED.
18
    **Dated:   January 30, 2013**         /s/  **Lawrence J. O'Neill**
19                                              UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

Zoquitecatl/Stipulation to Continue
COP Hearing; [Proposed] Order                    -2-